1  ALAN R. BRAYTON, ESQ., S.B. #73685
2  DAVID R. DONADIO, ESQ., S.B. #154436
   BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

FILED
FEB 15 2008
E-filing
W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

8              THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  RUDOLPH HANNA,                      ) CV No. 08 — 0980

                                        )
         Plaintiff,                     )
13                                      )
    vs.                                 )
14                                      )   CERTIFICATION OF INTERESTED
    GENERAL ELECTRIC COMPANY,           )   ENTITIES OR PERSONS
15  TODD SHIPYARDS CORPORATION,         )
    NATIONAL STEEL AND                  )
16  SHIPBUILDING COMPANY,               )
                                        )
17         Defendants.                  )

18

19         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding: Brenda Darlene Hanna (spouse),

24  Michael Wade Hanna (child), John Charles Hanna (child), James Hanna (child).

25  Dated:  2/10/08              BRAYTON❖PURCELL LLP

26

27                        By: _____
                              David R. Donadio
28                            Attorneys for Plaintiff

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555