ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RUDOLPH HANNA, ) | No. C08-980-EDL |
| Plaintiff, ) | |
| vs. ) | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| GENERAL ELECTRIC COMPANY, ) TODD SHIPYARDS CORPORATION, ) NATIONAL STEEL AND ) SHIPBUILDING COMPANY, ) | |
| Defendants. ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 22, 2008                    BRAYTON❖PURCELL LLP

                                                     /s/ *David R. Donadio*
                                            By: _____
                                                David R. Donadio
                                                Attorneys for Plaintiffs