**United States District Court**

For the Northern District of California

1
2
3
4
5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7
8
9

RUDOLPH HANNA,

10

Plaintiff,                              No. C08-00980  EDL

11

v.                                      RECUSAL ORDER

12

GENERAL ELECTRIC COMPANY,
13  et al.,

14

Defendants.

15  _____/

16          TO ALL PARTIES AND COUNSEL OF RECORD:

17          The Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith

18  to another judge.

19          IT IS SO ORDERED.

20  Dated:   March 13, 2008

21                                          _____
                                            ELIZABETH D. LAPORTE
22                                          United States Magistrate Judge

23
24
25
26
27
28