1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 RUDOLPH HANNA,                    )   No. C08-980-JSW
                                     )
13       Plaintiff,                  )
                                     )
14 vs.                               )   CERTIFICATE OF SERVICE
                                     )   (RE: DOCUMENT 10)
15 GENERAL ELECTRIC COMPANY,         )
   TODD SHIPYARDS CORPORATION,       )
16 NATIONAL STEEL AND                )
   SHIPBUILDING COMPANY,             )
17                                   )
         Defendants.                 )
18

19              PROOF OF SERVICE BY MAIL

20

21     I am employed in the County of Marin, State of California. I am over the age of 18 years
   and am not a party to the within action. My business address is 222 Rush Landing Road, P.O.
22 Box 6169, Novato, California 94948-6169.

23     On March 21, 2008, I served the following document(s) described as:

24 **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT (Document 10)**
25

26 ////

27 ////

28 ////

K:\Injured\106929\FED\POS 1.wpd            1
                   CERTIFICATE OF SERVICE C08-980-JSW

on the interested party(ies) in this action as follows:

| | |
|---|---|
| CT Corporation System, Inc.<br>Agent for General Electric Company<br>818 W. Seventh St, 2nd Floor<br>Los Angeles, CA 90017 | CT Corporation System, Inc.<br>Agent for National Steel and Shipbuilding Co.<br>818 W. Seventh St, 2nd Floor<br>Los Angeles, CA 90017 |
| Derek Johnson<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza, Steuart Tower,<br>8th Floor<br>San Francisco, CA 94105 | George D. Yaron<br>601 California St, 21st Floor<br>San Francisco, CA 94108 |
| Edward R. Hugo or P. M. Bessette<br>Brydon Hugo & Parker<br>135 Main STreet, 20th Floor<br>San Francisco, CA 94105 | CT Corporation System, Inc.<br>Agent for Todd Shipyards Corporation<br>1801 W. Bay Drive NW, Suite 206<br>Olympia, WA 98502 |

　　__x__　BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed March 21 2008, at Novato, California.

　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Montie Derby