1 | GEORGE D. YARON, ESQ. (State Bar #96246)
KEITH E. PATTERSON, ESQ. (State Bar #225753)
2 | ALECIA E. COTTON, ESQ. (State Bar #252777)
GOLI MAHDAVI, ESQ. (State Bar #245705)
3 | **YARON & ASSOCIATES**
601 California Street, 21st Floor
4 | San Francisco, California 94108-2281
Telephone: (415) 658-2929
5 | Facsimile: (415) 658-2930

6 | Attorneys for Defendant
TODD SHIPYARDS CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH HANNA | CASE NO. CV 08-0980 EDL |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, NATIONAL STEEL AND SHIPBUILDING COMPANY, | |
| Defendants. | |

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is Yaron & Associates, 601 California Street, 21st Floor, San Francisco, California 94108-2826.

On **October 23, 2007**, I served the within:

**ANSWER OF DEFENDANT TODD SHIPYARDS CORPORATION TO PLAINTIFF'S COMPLAINT FOR ASBESTOS PERSONAL INJURY/PRODUCTS LIABILITY**

**DEFENDANT TODD SHIPYARDS CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**DEMAND FOR JURY TRIAL**

**DEFENDANT TODD SHIPYARDS CORPORATION'S NOTICE OF TAG-ALONG ACTION**

TO ALL PARTIES AS LISTED ON ECF PACER

**✖ VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **March 24, 2008**, at San Francisco, California.

_____
IRIS NISHIMOTO