```
1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   CHARLES T. SHELDON  Bar No. 155598
2  DEREK S. JOHNSON (Bar No. 220988)
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant
6  GENERAL ELECTRIC COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH HANNA,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>Defendants. | CASE NO. CV 08-0980 EDL<br><br>**NOTICE OF TAG-ALONG ACTION**<br><br>Multi-District Rule 7.5(e) |

**PLEASE TAKE NOTICE THAT** on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1207 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," which refers to a civil action pending in a district court and involving common questions of fact with actions previously transferred under Section 1407 by the Judicial Panel of Multi-District Litigation pursuant to a January 17, 1991 Order to Show Cause. See Multi-District Litigation Rules ("MDL Rules), Rule 11.

Pursuant to MDL Rule 7.5(c),

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along" actions" in which that party is also named or in which that counsel appears.

1  Defendant GENERAL ELECTRIC COMPANY hereby notifies the Court that this case is
2  a potential "tag-along action" which may be subject to transfer to the United States District
3  Court, Eastern District of Pennsylvania. GENERAL ELECTRIC COMPANY has forwarded a
4  copy of this notice to the Clerk of the MDL Panel. The Clerk of the Panel may either (1) enter a
5  conditional transfer order pursuant to the MDL Rule 7.4(a), or (2) file an order to show cause
6  why this action should not be transferred, pursuant to MDL Rule 7.5(b).

DATED: March 25, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:      /S/   Derek S. Johnson
         Derek S. Johnson
         Attorneys for Defendant
         GENERAL ELECTRIC COMPANY