ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R.  DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUDOLPH HANNA, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>GENERAL ELECTRIC COMPANY, )<br>TODD SHIPYARDS CORPORATION, )<br>NATIONAL STEEL AND )<br>SHIPBUILDING COMPANY, )<br>)<br>Defendants. )<br>) | No. C08-980-JSW<br><br>JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Scheduling Order* filed February 15, 2008 (Document 3) ,  and the *Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement*, filed March 19, 2008 (Document 10) for the following good cause:

On March 25, 2008, Defendant GENERAL ELECTRIC COMPANY filed Document 17, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District.  Defendant GENERAL ELECTRIC COMPANY has faxed counsel copy of a cover letter showing that this notice was mailed to the Judicial Panel on Multidistrict Litigation

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
PO BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  ("JPML") pursuant to 28 U.S.C. § 1407, said notice to the JPML from counsel being necessary

2  to initiate the transfer process.

3     On July 29, 1991, the JPML entered an order transferring all asbestos personal injury

4  cases pending in the federal courts to the United States District Court for the Eastern District of

5  Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos*

6  *Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)).  That order also

7  applies to "tag-along actions," or actions involving common questions of fact filed after January

8  17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of

9  MDL 875,  for coordinated pretrial proceedings.

10     The JPML has held that a district court has the authority to stay pending a transfer order.

11  *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)

12  ("[T]hose courts concluding that such issues should be addressed by the transferee judge need

13  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any

14  unnecessary interruption or delay.")

15     The parties agree that it is likely that the JPML  will transfer this matter to the Eastern

16  District of Pennsylvania.

17     However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*

18  pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be

19  transferred, pursuant to JPML Rule 13(b).

20     It is likely the dates set forth in the *Case Management Scheduling Order*  including the

21  deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass **before** the Clerk of

22  the JPML acts.

23     The parties make this Motion on the grounds that a stay of this action would (a) promote

24  judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the

25  parties.

26     Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to

27  and respectfully request the Court VACATE its  *Case Management Scheduling Order* and that

28  the Court issue an Order STAYING this action pending the outcome of the MDL Panel's

K:\Injured\106929\FED\Stip stay or cont (Hanna).wpd      2

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  - C08-980-JSW

1  decision on the merits of the transfer.

2      In the alternative, the parties hereby STIPULATE to and respectfully request that the

3  dates set forth in the *Case Management Scheduling Order* be vacated and continued pending the

4  outcome of the JPML's decision on the merits of the transfer. Specifically, these deadlines[1] in

5  this matter include the **May 16, 2008** Rule 26 deadline to meet and confer, the **May 16, 2008**

6  deadline to file a Joint ADR Certification, the **May 30, 2008** Deadline to complete Initial

7  Disclosures, the **June 6, 2008** deadline to file the Joint Case Management Statement and the

8  **June 13, 2008** Case Management Conference.

9  Dated: March 31, 2008                           BRAYTON❖PURCELL LLP

10                                                   /s/ David R. Donadio

11

12                                     By: _____
                                             David R. Donadio
13                                           Attorneys for Plaintiffs

14  Dated: April 2, 2008                           SEDGWICK, DETERT, MORAN &
                                                    ARNOLD, LLP
15

16                                                  /s/ Derek S. Johnson

17                                     By: _____
                                             Derek S. Johnson
18                                           Attorneys for Defendant
                                             GENERAL ELECTRIC COMPANY
19

20  Dated: March 31, 2008                           YARON & ASSOCIATES

21                                                  /s/  George D. Yaron

22                                     By: _____
                                             George D. Yaron
23                                           Keith E. Patterson
                                             Attorneys for Defendant TODD
24                                           SHIPYARDS CORPORATION

25

26  _____

27      [1]*Case Management Scheduling Order* filed February 15, 2008 (Document 3)  provides
    that "[i]f the Initial Case Management Conference is continued, the other deadlines are
28  continued accordingly."  Therefore these dates are calculated pursuant to FRCivP 26, ADR
    L.R. 3-5, Civil L.R. 16-8 and 16-9 and *Order* of March 19, 2008 (Document 10)

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  - C08-980-JSW

1  Dated: April 1, 2008                          BRYDON, HUGO & PARKER

2                                                  /s/  P.M. Bessette

3                                          By: _____
                                               Edward R. Hugo
4                                              P.M. Bessette
                                               Attorneys for Defendant
5                                              NATIONAL STEEL AND
                                               SHIPBUILDING COMPANY
6

7              [PROPOSED]    **ORDER TO STAY**

8         IT IS HEREBY ORDERED that the hearing date and deadlines specified in the  *Case*

9  *Management Scheduling Order* filed February 15, 2008 (Document 3) ,  and the *Order Setting*

10  *Case Management Conference and Requiring Joint Case Management Conference Statement*,

11  filed March 19, 2008 (Document 10) are hereby VACATED and that this action is STAYED

12  pending the outcome of the JPML's decision on the merits of the transfer.

13

14  Dated: _____

15

16                                          _____       .
                                               James S. White
17                                             United States District Judge

18  ////

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

K:\Injured\106929\FED\Stip stay or cont (Hanna).wpd            4
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  - C08-980-JSW

[PROPOSED *ALTERNATIVE*]   **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the  *Case Management Scheduling Order* filed February 15, 2008 (Document 3) ,  and the *Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement*, filed March 19, 2008 (Document 10) are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1.     The Case Management Conference is  [set for a date after August 1, 2008  to wit:] _____, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

2.     Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the Case Management Conference in paragraph 1, above.

3.     Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is 21 days before the Case Management Conference in paragraph 1, above.

4.     Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is 5 court days before the Case Management Conference in paragraph 1, above.

Dated: _____

_____   .
James S. White
United States District Judge