1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R.  DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8              THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

   RUDOLPH HANNA,                    )    No. C08-980-JSW
12                                    )
          Plaintiff,                  )
13                                    )
   vs.                               )    JOINT MOTION AND STIPULATION TO
14                                    )    STAY PROCEEDING OR, IN THE
   GENERAL ELECTRIC COMPANY,          )    ALTERNATIVE, TO CONTINUE CASE
15  TODD SHIPYARDS CORPORATION,        )    MANAGEMENT DEADLINE AND
   NATIONAL STEEL AND                 )    CONFERENCE, AND TO EXTEND TIME;
16  SHIPBUILDING COMPANY,             )    [PROPOSED] ORDER TO STAY;
                                      )    [PROPOSED ALTERNATIVE] ORDER
17         Defendants.                 )    TO CONTINUE
                                      )

18

19         Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

20  respectfully move the Court for, an Order extending time as set forth in the *Case Management*

21  *Scheduling Order* filed February 15, 2008 (Document 3) ,  and the *Order Setting Case*

22  *Management Conference and Requiring Joint Case Management Conference Statement*, filed

23  March 19, 2008 (Document 10) for the following good cause:

24         On March 25, 2008, Defendant GENERAL ELECTRIC COMPANY filed Document 17,

25  a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the

26  Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter

27  to that District.  Defendant GENERAL ELECTRIC COMPANY has faxed counsel copy of a

28  cover letter showing that this notice was mailed to the Judicial Panel on Multidistrict Litigation

K:\Injured\106929\FED\Stip stay or cont (Hanna).wpd          1
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  - C08-980-JSW

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1  ("JPML") pursuant to 28 U.S.C. § 1407, said notice to the JPML from counsel being necessary

2  to initiate the transfer process.

3         On July 29, 1991, the JPML entered an order transferring all asbestos personal injury

4  cases pending in the federal courts to the United States District Court for the Eastern District of

5  Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos*

6  *Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)).  That order also

7  applies to "tag-along actions," or actions involving common questions of fact filed after January

8  17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of

9  MDL 875,  for coordinated pretrial proceedings.

10        The JPML has held that a district court has the authority to stay pending a transfer order.

11 *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)

12 ("[T]hose courts concluding that such issues should be addressed by the transferee judge need

13 not rule on them, and the process of 1407 transfer in MDL-875 can continue without any

14 unnecessary interruption or delay.")

15        The parties agree that it is likely that the JPML  will transfer this matter to the Eastern

16 District of Pennsylvania.

17        However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*

18 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be

19 transferred, pursuant to JPML Rule 13(b).

20        It is likely the dates set forth in the *Case Management Scheduling Order*  including the

21 deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass **before** the Clerk of

22 the JPML acts.

23        The parties make this Motion on the grounds that a stay of this action would (a) promote

24 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the

25 parties.

26        Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to

27 and respectfully request the Court VACATE its *Case Management Scheduling Order* and that

28 the Court issue an Order STAYING this action pending the outcome of the MDL Panel's

1  decision on the merits of the transfer.

2         In the alternative, the parties hereby STIPULATE to and respectfully request that the

3  dates set forth in the *Case Management Scheduling Order* be vacated and continued pending the

4  outcome of the JPML's decision on the merits of the transfer.  Specifically, these deadlines[1] in

5  this matter include the **May 16, 2008** Rule 26 deadline to meet and confer, the **May 16, 2008**

6  deadline to file a Joint ADR Certification, the **May 30, 2008** Deadline to complete Initial

7  Disclosures, the **June 6, 2008** deadline to file the Joint Case Management Statement and the

8  **June 13, 2008** Case Management Conference.

9  Dated: March 31, 2008                                    BRAYTON❖PURCELL LLP

10                                                                /s/ David R. Donadio

11
                                                           By: _____
12                                                              David R. Donadio
                                                              Attorneys for Plaintiffs
13

14
   Dated:  April 2, 2008                                    SEDGWICK, DETERT, MORAN &
15                                                          ARNOLD, LLP

16                                                             /s/ Derek S. Johnson

17                                                         By: _____
                                                              Derek S. Johnson
18                                                            Attorneys for Defendant
                                                              GENERAL ELECTRIC COMPANY
19

20  Dated: March 31, 2008                                   YARON & ASSOCIATES

21                                                            /s/  George D. Yaron

22                                                         By: _____
                                                              George D. Yaron
23                                                          Keith E. Patterson
                                                              Attorneys for Defendant TODD
24                                                          SHIPYARDS CORPORATION

25

26  _____

27        [1]*Case Management Scheduling Order* filed February 15, 2008 (Document 3)  provides
   that "[i]f the Initial Case Management Conference is continued, the other deadlines are
28  continued accordingly."  Therefore these dates are calculated pursuant to FRCivP 26, ADR
   L.R. 3-5, Civil L.R. 16-8 and 16-9 and *Order* of March 19, 2008 (Document 10)

1   Dated: April 1, 2008                                    BRYDON, HUGO & PARKER

2                                                              /s/  P.M. Bessette

3                                                       By: _____

4                                                          Edward R. Hugo
                                                           P.M. Bessette
                                                           Attorneys for Defendant
5                                                          NATIONAL STEEL AND
                                                           SHIPBUILDING COMPANY

6

7                    [~~PROPOSED~~]    **ORDER TO STAY**

8            IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

9    *Management Scheduling Order* filed February 15, 2008 (Document 3) , and the *Order Setting*

10   *Case Management Conference and Requiring Joint Case Management Conference Statement*,

11   filed March 19, 2008 (Document 10) are hereby VACATED and that this action is STAYED

12   pending the outcome of the JPML's decision on the merits of the transfer.

13

14   Dated: __April 4, 2008_____

15

16   _____ .
     James S. White
17   United States District Judge

18   /////

19   /////

20   /////

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  - C08-980-JSW